**Order filed April 15, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00279-CR
_____

### WILLIAM C. WEBB, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 54th District Court**
**McLennan County, Texas**
**Trial Court Cause Nos. 2012-675-C2 & 2012-678-C2**

## O R D E R

The clerk's record was filed April 10, 2013. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the order denying appellant's motion for grand jury testimony.

The McLennan County District Clerk is directed to file a supplemental clerk's record on or before April 30, 2013, containing the order denying appellant's motion for grand jury testimony.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM